# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| GREG ADKISSON, DONNA ADKISSON, DUSTIN BERRY, GABRIEL BILLINGSLEY, LEONARD RONALD BLEDSOE, JULIE BLEDSOE, CARL BOOKER, KAREN BOOKER, JEFFERY BREWER, TAMMY BREWER, ANSOL CLARK, ANNA CLARK, DAN CODY, ELAINE CODY, JOHN D. COX, JR., PHILIP CRICK, BRENDA CRICK, ENOCH ROY EDMONDS, BRENDA EDMONDS, BILLY GIBSON, TIMOTHY D. GIBSON, REBECCA GIBSON, WILLIAM HEDGECOTH, STAN HILL, BILLY ISLEY, DAVID JOHNSON, ROBERT JOHNSON, CHRISTINA JOHNSON, DAVID JONES, JIMMY KILBY, GAIL KILBY, MICHAEL J. MCCARTHY, CLINT MANNIS, MARGARET MANNIS, NICHOLAS PERRY, JOE PURSIFUL, BRENDA PURSIFUL, RALPH RAMEY, J.R. REED, JIMMY ROBERTS, ROBBIE ROBERTS, TIMOTHY SMALLRIDGE, BRIAN SUMMERS, ROBERT TEDDER, BRIAN THACKER, ANGE THACKER, MICHAEL WATKINS, JASON WILLIAMS, and TINA WILLIAMS, | |
| Plaintiffs, | |
| v. | No.  3:13-CV-505-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC. | |
| Defendant. | |

1

|  |  |  |  |
|---|---|---|---|
| KEVIN THOMPSON and wife,<br>JOY THOMPSON, and<br>SHAUN TRAVIS SMITH,<br><br>  Plaintiffs,<br><br>v.<br><br>JACOBS ENGINEERING GROUP, INC.<br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. | 3:13-cv-666-TAV-HBG |
| JOE CUNNINGHAM and<br>TAYLOR CUNNINGHAM,<br><br>  Plaintiffs,<br><br>v.<br><br>JACOBS ENGINEERING GROUP, INC.<br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | No. | 3:14-CV-20-TAV-HBG |

## NOTICE OF APPEAL

Notice is hereby given in this consolidated action that Greg Adkisson, Donna Adkisson, Leonard Ronald Bledsoe, Julie Bledsoe, Carl Booker, Karen Booker, Jeffery Brewer, Tammy Brewer, Ansol Clark, Anna Clark, Dan Cody, Elaine Cody, John D. Cox, Jr., Philip Crick, Brenda Crick, Enoch Roy Edmonds, Brenda Edmonds, Billy Gibson, Timothy D. Gibson, Rebecca Gibson, William Hedgecoth, Stan Hill, Billy Isley, David Johnson, Robert Johnson, Christina Johnson, David Jones, Jimmy Kilby, Gail Kilby, Michael J. McCarthy, Clint Mannis, Margaret Mannis, Nicholas Perry, Joe Pursiful, Brenda Pursiful, Ralph Ramey, Timothy Smallridge, Brian Summers, Robert Tedder, Brian Thacker, Ange Thacker, Michael Watkins, Jason Williams and Tina Williams, Kevin Thompson and wife, Joy Thompson, Shaun Travis Smith, Joe Cunningham

2

and Taylor Cunningham, Plaintiffs in the above named cases, by and through counsel, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Order finding that derivative discretionary function immunity applied to the Plaintiffs' claims and dismissing the same, which was entered in this action on the 3rd day of September, 2014.

Respectfully submitted this, the 1st day of October, 2014.

HODGES, DOUGHTY & CARSON, PLLC

s/Joshua J. Bond
Joshua J. Bond, BPR No. 020636
617 Main Street
P.O. Box 869
Knoxville, Tennessee 37901-0869
(865) 292-2307
Attorney for Plaintiffs

STOKES, WILLIAMS, SHARP & DAVIES

s/James K. Scott
James K. Scott, BPR No. 016893
920 Volunteer Landing, Suite 100
Knoxville, Tennessee 37915
(865) 544-3833
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on October 1, 2014, a copy of the foregoing Plaintiffs' Notice of Appeal was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt, and in addition by mailing a copy via first class mail to:

Joshua K. Chesser, Esq.
S. Joseph Welborn, Esq.
Kenneth S. Schrupp, Esq.
Smith, Cashion & Orr, PLC
231 Third Avenue North
Nashville, TN 37201

      This 1st day of October, 2014.

HODGES, DOUGHTY & CARSON, PLLC

s/Joshua J. Bond
Attorney

STOKES, WILLIAMS, SHARP & DAVIES

s/James K. Scott
James K. Scott