

# Watts-Boyd Reporting Agency

Legal and Video Court Reporting
PO Box 30205
Knoxville, TN 37930-0205
Phone: 865-288-3962 - Fax: 865-288-3963

Reporter: Melody Koontz
62-1502646.

Invoice #: 28551

Mr. James K. Scott,
Attorney at Law
713 Market Street, 2nd Floor
Knoxville, TN 37902

RE: McCarthy v. G.UB.MK and Jacobs

Date of Service: 8/12/2016

Invoice Date: 8/26/2016

| Description of Services | Amount |
|---|---|
| Appearance and Original Transcript of the Deposition of Tom Bock, 186 pgs. | 1,029.75 |
| Postage | 15.00 |
| Thank you. | |
| TOTAL | 1,044.75 |

# INVOICE

Baker Realtime Reporting and Video
Post Office Box 240306
Montgomery, AL 36124-0306
Phone: 334.262.3332  Fax: 334.215.4484

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 10384 | 8/24/2016 | 12029 |
| Job Date | Case No. | |
| 8/9/2016 | | |

**Case Name**

Mike McCarthy v. G-UB-MK Constructors, et al.

**Payment Terms**

Due upon receipt

Mr. John B. Dupree
Stewart|Dupree PA
713 Market Street
Knoxville, TN 37902

| | | |
|---|---|---|
| Appearance Fee - Troy, AL | | |
| Appearance Fee - Half Day | 1.00 | 75.00 |
| TOTAL DUE >>> | | $75.00 |

We appreciate your business!

**Schedule online at www.BakerRealtime.com or give us a call at 334.262.3332.**
Worldwide Realtime Court Reporters - Videographers - Deposition Suites - Videoconferencing

A 3% service fee will be applied for credit card payments.
A 10% monthly late fee will be assessed.

**Tax ID:** 01-0664038

*Please detach bottom portion and return with payment.*

Mr. John B. Dupree
Stewart|Dupree PA
713 Market Street
Knoxville, TN 37902

| | | |
|---|---|---|
| Invoice No. | : | 10384 |
| Invoice Date | : | 8/24/2016 |
| **Total Due** | : | **$75.00** |

Remit To:  **Baker Realtime Reporting and Video**
**Post Office Box 240306**
**Montgomery, AL 36124-0306**

| | | |
|---|---|---|
| Job No. | : | 12029 |
| BU ID | : | 1-MAIN |
| Case No. | : | |
| Case Name | : | Mike McCarthy v. G-UB-MK Constructors, et al. |



# Watts-Boyd Reporting Agency

Legal and Video Court Reporting
PO Box 30205
Knoxville, TN 37930-0205
Phone: 865-288-3962 - Fax: 865-288-3963

Reporter: Toni Edwards
2-1502646

Invoice #: 28538

Mr. James K. Scott,
Attorney at Law
'13 Market Street, 2nd Floor
Knoxville, TN 37902

RE: McCarthy, et al v. Jacobs Engineering, et al

Date of Service: 8/11/2016

Invoice Date: 8/23/2016

| Description of Services | Amount |
| --- | --- |
| Attendance and the original transcripts of the depositions of ROBERT PULLEN, 102 pgs., and GARY MACDONALD, 124 pgs. | 1,175.75 |
| Postage & handling | 10.00 |
| Thank you. | |
| TOTAL | 1,185.75 |


REMITTANCE COPY

# INVOICE

Baker Realtime Reporting and Video
Post Office Box 240306
Montgomery, AL  36124-0306
Phone: 334.262.3332   Fax: 334.215.4484

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 10378 | 8/22/2016 | 12029 |
| Job Date | Case No. | |
| 8/9/2016 | | |

| Case Name |
|---|
| Mike McCarthy v. G-UB-MK Constructors, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Mr. John B. Dupree
Stewart|Dupree PA
713 Market Street
Knoxville, TN  37902

ORIGINAL TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| John Parker | 143.00 | Pages | 536.25 |
| Litigation Support Package (online condensed, etran, .pdf, .txt) | 1.00 | | 60.00 |
| Shipping & Handling | 1.00 | | 35.00 |
| Read and Sign Condensed | 1.00 | | 30.00 |
| Read & Sign Shipping | 1.00 | | 30.00 |
| | | TOTAL DUE >>> | $691.25 |

We appreciate your business!

**Schedule online at www.BakerRealtime.com or give us a call at 334.262.3332.**
Worldwide Realtime Court Reporters - Videographers - Deposition Suites - Videoconferencing

A 3% service fee will be applied for credit card payments.
A 10% monthly late fee will be assessed.

**Tax ID:** 01-0664038

*Please detach bottom portion and return with payment.*

Mr. John B. Dupree
Stewart|Dupree PA
713 Market Street
Knoxville, TN  37902

| | | |
|---|---|---|
| Invoice No. | : | 10378 |
| Invoice Date | : | 8/22/2016 |
| **Total Due** | : | **$691.25** |

| | | |
|---|---|---|
| Remit To: | **Baker Realtime Reporting and Video** | |
| | **Post Office Box 240306** | |
| | **Montgomery, AL  36124-0306** | |

| | | |
|---|---|---|
| Job No. | : | 12029 |
| BU ID | : | 1-MAIN |
| Case No. | : | |
| Case Name | : | Mike McCarthy v. G-UB-MK Constructors, et al. |



# Watts-Boyd Reporting Agency

Legal and Video Court Reporting
PO Box 30205
Knoxville, TN 37930-0205
Phone: 865-288-3962  -  Fax: 865-288-3963

Reporter: Kim Watts
62-1502646

Invoice #: 28526

Mr. James K. Scott,
Attorney at Law
713 Market Street, 2nd Floor
Knoxville, TN 37902

RE: Mike McCarthy v G.UB.MK Constructors, et al

Date of Service: 8/3/2016

Invoice Date: 8/19/2016

| Description of Services | Amount |
|---|---|
| Attendance and the original transcript of the deposition of EUGENE B. MEREDITH, 117pgs | 633.00 |
| postage and handling | 10.00 |
| Thank you. | |
| TOTAL | 643.00 |



# Watts-Boyd Reporting Agency

Legal and Video Court Reporting
PO Box 30205
Knoxville, TN 37930-0205
Phone: 865-288-3962 - Fax: 865-288-3963

Reporter: Melody Koontz
62-1502646.

Invoice #: 28484

James K. Scott
713 Market Street
2nd Floor
Knoxville, TN 37902

RE: McCarthy v. G.UB.MK and Jacobs

Date of Service: 8/4/2016

Invoice Date: 8/11/2016

| Description of Services | Amount |
|---|---|
| Appearance and Original Transcript of the Deposition of Steven L. Cherry, 99 pgs. | 558.37 |
| Postage | 10.00 |
| Thank you. | |
| TOTAL | 568.37 |



# Watts-Boyd Reporting Agency

Legal and Video Court Reporting
PO Box 30205
Knoxville, TN 37930-0205
Phone: 865-288-3962 - Fax: 865-288-3963

Reporter: Kathy Holt
62-1502646

Invoice #: 28492

Mr. James K. Scott,
Attorney at Law
713 Market Street, 2nd Floor
Knoxville , TN  37902

RE:    McCarthy v G.UM.BK

Date of Service:  8/5/2016

Invoice Date:  8/13/2016

| Description of Services | Amount |
|---|---|
| Attendance and the original transcript of the deposition of DEWAYNE RUSHING, 119pgs | 641.00 |
| postage and handling | 10.00 |
| Thank you. | |
| TOTAL | 651.00 |