# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

Adkisson et al
V.
Jacobs Engineering Group, Inc. et al

**EXHIBIT AND WITNESS LIST**

Case Number: 3:13-cv-505

| PRESIDING JUDGE<br>Bruce Guyton, U.S. Magistrate Judge | PLAINTIFF'S ATTORNEY<br>K.Stewart, J. Scott, J. Dupree | DEFENDANT'S ATTORNEY<br>J. Sanders, J. Welborn |
|---|---|---|
| TRIAL DATE (S)<br>August 15, 2017 | COURT REPORTER<br>ECRO | COURTROOM DEPUTY<br>Mallory Garringer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |   | 8/15/2017 | X | X | Letter to Joe Welborn. |
|   | 2 |   | X | X | Letter from Joe Welborn. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages