| | | |
|---|---|---|
| GREG ADKISSON, et al., Plaintiffs, v. JACOBS ENGINEERING GROUP, INC., Defendant. | ) ) ) ) ) ) ) | No.: 3:13-CV-505-TAV-HBG  *Lead Case Consolidated with* |
| KEVIN THOMPSON, et al., Plaintiffs, v. JACOBS ENGINEERING GROUP, INC., Defendant. | ) ) ) ) ) ) ) | No.: 3:13-CV-666-TAV-HBG  as *consolidated with* |
| JOE CUNNINGHAM, et al., Plaintiffs, v. JACOBS ENGINEERING GROUP, INC., Defendant. | ) ) ) ) ) ) ) | No.: 3:14-CV-20-TAV-HBG |
| BILL ROSE, Plaintiff, v. JACOBS ENGINEERING GROUP, INC., Defendant. | ) ) ) ) ) ) ) | No.: 3:15-CV-17-TAV-HBG |
| CRAIG WILKINSON, et al., Plaintiffs, v. JACOBS ENGINEERING GROUP, INC., Defendant. | ) ) ) ) ) ) ) | No.: 3:15-CV-274-TAV-HBG |
| ANGIE SHELTON, as wife and next of Kin on behalf of Mike Shelton, et al., Plaintiffs, v. JACOBS ENGINEERING GROUP, INC., Defendant. | ) ) ) ) ) ) ) ) ) | No.: 3:15-CV-420-TAV-HBG |

| | |
|---|---|
| JOHNNY CHURCH, )<br>      Plaintiff, )<br>v. )<br>JACOBS ENGINEERING GROUP, INC., )<br>      Defendant. )<br>_____ ) | No.: 3:15-CV-460-TAV-HBG |
| )<br>DONALD R. VANGUILDER, JR., )<br>      Plaintiff, )<br>v. )<br>JACOBS ENGINEERING GROUP, INC., )<br>      Defendant. )<br>_____ ) | No.: 3:15-CV-462-TAV-HBG |
| )<br>JUDY IVENS, as sister and next of kin, )<br>on behalf of JEAN NANCE, deceased, )<br>      Plaintiff, )<br>v. )<br>JACOBS ENGINEERING GROUP, INC., )<br>      Defendant. )<br>_____ ) | No.: 3:16-CV-635-TAV-HBG |
| )<br>PAUL RANDY FARROW, )<br>      Plaintiff, )<br>v. )<br>JACOBS ENGINEERING GROUP, INC., )<br>      Defendant. )<br>_____ ) | No.: 3:16-CV-636-TAV-HBG |

## **ORDER**

Before the Court is defendant's motion to exclude the opinions of plaintiffs' expert witnesses under *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993), and Federal Rule of Evidence 702 [Doc. 240].[1] Pursuant to 28 U.S.C. § 636(b), it is hereby **ORDERED**

---

[1] This order refers to document numbers in the lead case, 3:13-cv-505. Any action this Court takes with regard to a filing in the lead case shall likewise apply to the corresponding filing in the following consolidated and/or related cases: 3:13-cv-666, 3:14-cv-20, 3:15-cv-17, 3:15-cv-274, 3:15-cv-420, 3:15-cv-460, 3:15-cv-462, 3:16-cv-635, and 3:16-cv-636.

that this motion is **REFERRED** to the Honorable H. Bruce Guyton, United States Magistrate Judge, for his consideration and determination or report and recommendation, as may be appropriate.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

3

Case 3:13-cv-00505-TAV-HBG   Document 243   Filed 03/20/18   Page 3 of 3   PageID #: 7426