UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| GREG ADKISSON, et al., | ) | |
|     Plaintiffs, | ) | |
| v. | ) | No.: 3:13-CV-505-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | |
|     Defendant. | ) | |
| | ) | *Lead Case Consolidated with* |
| KEVIN THOMPSON, et al., | ) | |
|     Plaintiffs, | ) | |
| v. | ) | No.: 3:13-CV-666-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | |
|     Defendant. | ) | |
| | ) | as c*onsolidated with* |
| JOE CUNNINGHAM, et al., | ) | |
|     Plaintiffs, | ) | |
| v. | ) | No.: 3:14-CV-20-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | |
|     Defendant. | ) | |
| BILL ROSE, | ) | |
|     Plaintiff, | ) | |
| v. | ) | No.: 3:15-CV-17-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | |
|     Defendant. | ) | |
| CRAIG WILKINSON, et al., | ) | |
|     Plaintiffs, | ) | |
| v. | ) | No.: 3:15-CV-274-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | |
|     Defendant. | ) | |
| ANGIE SHELTON, as wife and next of | ) | |
| Kin on behalf of Mike Shelton, et al., | ) | |
|     Plaintiffs, | ) | |
| v. | ) | No.: 3:15-CV-420-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | |
|     Defendant. | ) | |

| | |
|---|---|
| JOHNNY CHURCH,<br>      Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>      Defendant. | No.: 3:15-CV-460-TAV-HBG |
| DONALD R. VANGUILDER, JR.,<br>      Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>      Defendant. | No.: 3:15-CV-462-TAV-HBG |
| JUDY IVENS, as sister and next of kin,<br>on behalf of JEAN NANCE, deceased,<br>      Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>      Defendant. | No.: 3:16-CV-635-TAV-HBG |
| PAUL RANDY FARROW,<br>      Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>      Defendant. | No.: 3:16-CV-636-TAV-HBG |

## **ORDER**

Consistent with the Court's discussion at the November 29, 2017, status conference, the Court has determined that it is appropriate to **RESET** the trial date from September 17, 2018, to **October 16, 2018, at 9:00 a.m.** A final pretrial conference will be held on **Tuesday, October 9, 2018, at 2:00 p.m.** All unexpired scheduling deadlines shall be applied as

2

calculated from the new trial date and according to the same time limitations set forth in the Court's original Scheduling Order [Doc. 37].

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

3