# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CIVIL MINUTES

**Case Nos:** 3:13CV505, 666; 3:14CV20; 3:15CV17, 274, 420, 460, 462; 3:16CV635, 636,

**Style:** ADKISSON ET AL V. JACOBS ENGINEERING

**Date:** June 15, 2018

**Present Before**: Honorable Bruce Guyton, United States Magistrate Judge

| Mallory Garringer | Rebekah Lockwood | Danielle Goins |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Law Clerk** |

| | |
|---|---|
| Gary Davis | Jim Sanders |
| John Dupree | Isaac Sanders |
| James Scott | Marie Scott |
| **Atty for Plaintiff** | **Atty for Defendant** |

**Proceedings:**

Parties present for daubert hearing. Arguments heard. Court took matter under advisement.

**Time:** 9:30 a.m. **to** 11:00 a.m.