# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| GREG ADKISSON, et al., Plaintiffs, v. JACOBS ENGINEERING GROUP, INC., Defendant. | No.: 3:13-CV-505-TAV-HBG |

*Lead case consolidated with*

| | |
|---|---|
| KEVIN THOMPSON, et al., Plaintiffs, v. JACOBS ENGINEERING GROUP, INC., Defendant. | No.: 3:13-CV-666-TAV-HBG |

*as consolidated with*

| | |
|---|---|
| JOE CUNNINGHAM, et al., Plaintiffs, v. JACOBS ENGINEERING GROUP, INC., Defendant. | No.: 3:14-CV-20-TAV-HBG |
| BILL ROSE, Plaintiff, v. JACOBS ENGINEERING GROUP, INC., Defendant. | No.: 3:15-CV-17-TAV-HBG |
| CRAIG WILKINSON, et al., Plaintiffs, v. JACOBS ENGINEERING GROUP, INC., Defendant. | No.: 3:15-CV-274-TAV-HBG |
| ANGIE SHELTON, as wife and next of kin on behalf of Mike Shelton, et al., Plaintiffs, v. JACOBS ENGINEERING GROUP, INC., Defendant. | No.: 3:15-CV-420-TAV-HBG |

| | |
|---|---|
| JOHNNY CHURCH,<br>　　　Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>　　　Defendant. | No.: 3:15-CV-460-TAV-HBG |
| DONALD R. VANGUILDER, JR.,<br>　　　Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>　　　Defendant. | No.: 3:15-CV-462-TAV-HBG |
| JUDY IVENS, as sister and next of kin, on behalf of JEAN NANCE, deceased,<br>　　　Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>　　　Defendant. | No.: 3:16-CV-635-TAV-HBG |
| PAUL RANDY FARROW,<br>　　　Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>　　　Defendant. | No.: 3:16-CV-636-TAV-HBG |

## VERDICT FORM

1. DO YOU FIND THAT THE PLAINTIFFS HAVE PROVED, BY A PREPONDERANCE OF THE EVIDENCE, THAT DEFENDANT FAILED TO ADHERE TO THE TERMS OF ITS CONTRACT WITH TVA, OR THE REQUIREMENTS SET FORTH IN THE SITE WIDE SAFETY AND HEALTH PLAN FOR THE KINGSTON SITE?

　　　YES: ✓

　　　NO _____

2

Case 3:13-cv-00505-TAV-HBG   Document 408   Filed 11/07/18   Page 2 of 5   PageID #: 12316

*IF YOUR ANSWER TO QUESTION NO. 1 IS "YES," PROCEED TO QUESTION 2. IF YOUR ANSWER TO QUESTION NO. 1 IS "NO," YOU ARE FINISHED. THE FOREPERSON SHOULD SIGN AND DATE THIS VERDICT FORM AND NOTIFY THE COURT OFFICER THAT YOU HAVE REACHED A VERDICT.*

2. DO YOU FIND THAT THE PLAINTIFFS HAVE PROVED, BY A PREPONDERANCE OF THE EVIDENCE, THAT DEFENDANT FAILED TO EXERCISE REASONABLE CARE IN CARRYING OUT THE DUTIES THAT IT OWED TO THE PLAINTIFFS?

   YES: ✓

   NO ____

*IF YOUR ANSWER TO QUESTION NO. 2 IS "YES," PROCEED TO QUESTION 3. IF YOUR ANSWER TO QUESTION NO. 2 IS "NO," YOU ARE FINISHED. THE FOREPERSON SHOULD SIGN AND DATE THIS VERDICT FORM AND NOTIFY THE COURT OFFICER THAT YOU HAVE REACHED A VERDICT.*

3. DO YOU FIND THAT THE PLAINTIFFS HAVE PROVED, BY A PREPONDERANCE OF THE EVIDENCE, THAT DEFENDANT'S BREACH OF DUTY WAS CAPABLE OF CAUSING THE FOLLOWING INJURIES OR ILLNESSES ALLEGED BY THE PLAINTIFFS?

   a. HYPERTENSION:

   YES: ✓

   NO ____

3

Case 3:13-cv-00505-TAV-HBG   Document 408   Filed 11/07/18   Page 3 of 5   PageID #: 12317

b.   CORONARY ARTERY DISEASE:

   YES: ✓

   NO ____

c.   LUNG CANCER:

   YES: ✓

   NO ____

d.   LEUKEMIA AND OTHER HEMATOLOGIC MALIGNANCIES:

   YES: ✓

   NO ____

e.   SKIN CANCER:

   YES: ✓

   NO ____

f.   ALLERGIC CONTACT DERMATITIS:

   YES: ✓

   NO ____

g.   PERIPHERAL NEUROPATHY:

   YES: ✓

   NO ____

h.   ASTHMA:

   YES: ✓

   NO ____

4

i. CHRONIC OBSTRUCTIVE PULMONARY DISEASE:

YES: ✓

NO: ____

j. RESPIRATORY CONDITIONS, INCLUDING COUGH, SORE THROAT, DYSPNEA ON EXERTION, CHEST PAIN OR DISCOMFORT, BRONCHITIS AND EMPHYSEMA:

YES: ✓

NO: ____

YOUR DELIBERATIONS ARE AT AN END. THE FOREPERSON SHOULD SIGN AND DATE THIS VERDICT FORM AND NOTIFY THE COURT OFFICER THAT YOU HAVE REACHED A VERDICT.

**SIGNATURE REDACTED**

Signature of FOREPERSON

11-7-18
Date