# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| GREG ADKISSON, ET AL., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.  3:13-CV-505-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC. | ) | Lead Case Consolidated with |
| Defendant. | ) | |

| | | |
|---|---|---|
| KEVIN THOMPSON, ET AL., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.  3:13-CV-666-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC. | ) | and consolidated with |
| Defendant. | ) | |

| | | |
|---|---|---|
| JOE CUNNINGHAM, ET AL., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.  3:14-CV-20-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC. | ) | and consolidated with |
| Defendant. | ) | |

| | | |
|---|---|---|
| CRAIG WILKINSON, ET AL., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.  3:15-CV-274-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC. | ) | and consolidated with |
| Defendant. | ) | |

1

| | | |
|---|---|---|
| ANGIE SHELTON, as wife and next of kin, on behalf of MIKE SHELTON, deceased and RICKY DEAN SHELTON, brother of decedent, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | DOCKET NO. 3:15-CV-420 |
| JACOBS ENGINEERING GROUP, INC. | ) ) ) | and consolidated with |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| JOHNNY CHURCH, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | DOCKET NO. 3:15-CV-460 |
| JACOBS ENGINEERIN GROUP, INC. | ) ) ) | and consolidated with |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| DONALD R. VANGUILDER, JR., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | DOCKET NO. 3:15-CV-462 |
| JACOBS ENGINEERING GROUP, INC. | ) ) ) | and consolidated with |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| JUDY IVENS, as sister and next of kin, On behalf of JEAN NANCE, deceased, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | DOCKET 3:16-CV-TAV-HGB |
| JACOBS ENGINEERING GROUP, INC. | ) ) ) | and consolidated with |
| Defendants. | ) | |

_____

2

Case 3:13-cv-00505-TAV-HBG   Document 426   Filed 11/14/18   Page 2 of 3   PageID #: 15376

| | |
|---|---|
| PAUL RANDY FARROW, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    DOCKET 3:16-CV-TAV-HBG |
| | ) |
| JACOBS ENGINEERING GROUP, INC. | )    and consolidated with |
| | ) |
|     Defendants. | ) |

## NOTICE OF APPEARANCE

Please enter the undersigned, and this firm, Stokes, Williams, Sharp, Cope & Mann, as additional counsel of record for Plaintiffs in the above captioned matter.

Respectfully submitted this 14th day of November, 2018.

    s/Ellis A. Sharp
    Ellis A. Sharp, BPR No. 5070
    STOKES, WILLIAMS, SHARP, COPE & MANN
    920 Volunteer Landing, Suite 100
    Knoxville, Tennessee 37915
    (865)544-3833

## CERTIFICATE OF SERVICE

I hereby certify that on November 14th, 2018, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

This 14th day of November, 2018.

    s/Ellis A. Sharp
    Ellis A. Sharp

3