UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| GREG ADKISSON, et al., <br>     Plaintiffs, <br> v. <br> JACOBS ENGINEERING GROUP, INC., <br>     Defendant. | ) ) ) ) ) ) ) | No.: 3:13-CV-505-TAV-HBG <br><br> *Lead Case Consolidated with* |
| KEVIN THOMPSON, et al., <br>     Plaintiffs, <br> v. <br> JACOBS ENGINEERING GROUP, INC., <br>     Defendant. | ) ) ) ) ) ) ) | No.: 3:13-CV-666-TAV-HBG <br><br> as c*onsolidated with* |
| JOE CUNNINGHAM, et al., <br>     Plaintiffs, <br> v. <br> JACOBS ENGINEERING GROUP, INC., <br>     Defendant. | ) ) ) ) ) ) ) | No.: 3:14-CV-20-TAV-HBG |
| BILL ROSE, <br>     Plaintiff, <br> v. <br> JACOBS ENGINEERING GROUP, INC., <br>     Defendant. | ) ) ) ) ) ) ) | No.: 3:15-CV-17-TAV-HBG |
| CRAIG WILKINSON, et al., <br>     Plaintiffs, <br> v. <br> JACOBS ENGINEERING GROUP, INC., <br>     Defendant. | ) ) ) ) ) ) ) | No.: 3:15-CV-274-TAV-HBG |
| ANGIE SHELTON, as wife and next of <br> Kin on behalf of Mike Shelton, et al., <br>     Plaintiffs, <br> v. | ) ) ) ) ) | No.: 3:15-CV-420-TAV-HBG |

| | |
|---|---|
| JACOBS ENGINEERING GROUP, INC., et al., )<br>    Defendants. )<br>_____ )<br>JOHNNY CHURCH, )<br>    Plaintiff, )<br>v. )<br>JACOBS ENGINEERING GROUP, INC., et al., )<br>    Defendants. )<br>_____ )<br> )<br>DONALD R. VANGUILDER, JR., )<br>    Plaintiff, )<br>v. )<br>JACOBS ENGINEERING GROUP, INC., )<br>    Defendant. )<br>_____ ) | No.: 3:15-CV-460-TAV-HBG<br><br><br><br><br>No.: 3:15-CV-462-TAV-HBG |

## NOTICE OF APPEARANCE

Please enter the undersigned as additional counsel of record for each Plaintiff in the above-captioned matter.

Respectfully submitted this 14th day of November, 2018.

s/John Tyler Roper<br>
John Tyler Roper, BPR No. 21927<br>
625 Market Street, 14th Floor<br>
Knoxville, Tennessee 37902<br>
(865) 888-9995<br>
tylerroperlaw@gmail.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 14th, 2018, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Court's electronic case filing ("ECF") system.

This 14th day of November, 2018.

                                              s/John Tyler Roper
                                              John Tyler Roper