# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

Case no. 3:13-CV-505, et al　　　　　　　　　　Date: January 11, 2019

　　　　　　　　　Adkisson, et al　　vs.　　Jacobs Engineering

**PROCEEDINGS:** Motion hearing.

---

HONORABLE THOMAS A. VARLAN, CHIEF UNITED STATES DISTRICT JUDGE

---

Julie Norwood　　　　　　　　　　　　　　　　　　　　　　　Rebekah Lockwood
**Deputy Clerk**　　　　　　　　　　　　　　　　　　　　　　**Court Reporter**

**Attorney for Plaintiff(s)**　　　　　　　　　　　　　　**Attorney for Defendant(s)**
Gary Davis　　　　　　　　　　　　　　　　　　　　　　　　Theane Evangelis
Jeff Friedman　　　　　　　　　　　　　　　　　　　　　　Jeremy Smith
Keith Stewart　　　　　　　　　　　　　　　　　　　　　　Issac Sanders
Tyler Roper　　　　　　　　　　　　　　　　　　　　　　　James Sanders
Jim Scott
Sandy Sharp
John Dupree

Motions [437] Defendant's Motion for Judgment as a Matter of Law and [439] Defendant's Motion for New Trial are taken under advisement. Plaintiffs' Motion [431] for Reference of Consolidated Cases to Mediation and for Stay of Phase II Proceedings is Granted. A Memorandum and Opinion shall follow.

10:30- 12:35
2:00 to 2:10