UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| GREG ADKISSON, et al., ) | | |
|     Plaintiffs, ) | | |
| v. ) | No.: | 3:13-CV-505-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., ) | | |
|     Defendant. ) | | |
| ) | *Lead Case Consolidated with* | |
| KEVIN THOMPSON, et al., ) | | |
|     Plaintiffs, ) | | |
| v. ) | No.: | 3:13-CV-666-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., ) | | |
|     Defendant. ) | | |
| ) | as c*onsolidated with* | |
| JOE CUNNINGHAM, et al., ) | | |
|     Plaintiffs, ) | | |
| v. ) | No.: | 3:14-CV-20-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., ) | | |
|     Defendant. ) | | |
| BILL ROSE, ) | | |
|     Plaintiff, ) | | |
| v. ) | No.: | 3:15-CV-17-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., ) | | |
|     Defendant. ) | | |
| CRAIG WILKINSON, et al., ) | | |
|     Plaintiffs, ) | | |
| v. ) | No.: | 3:15-CV-274-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., ) | | |
|     Defendant. ) | | |
| ANGIE SHELTON, as wife and next of ) | | |
| Kin on behalf of Mike Shelton, et al., ) | | |
|     Plaintiffs, ) | | |
| v. ) | No.: | 3:15-CV-420-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., ) | | |
|     Defendant. ) | | |

| | |
|---|---|
| JOHNNY CHURCH,<br>  Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>  Defendant. | No.: 3:15-CV-460-TAV-HBG |
| DONALD R. VANGUILDER, JR.,<br>  Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>  Defendant. | No.: 3:15-CV-462-TAV-HBG |
| JUDY IVENS, as sister and next of kin,<br>on behalf of JEAN NANCE, deceased,<br>  Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>  Defendant. | No.: 3:16-CV-635-TAV-HBG |
| PAUL RANDY FARROW,<br>  Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>  Defendant. | No.: 3:16-CV-636-TAV-HBG |

## **MEMORANDUM AND ORDER**

  This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

  Previously, on January 18, 2019, the Court found that this litigation is one that could benefit from mediation and ordered the parties to mediate the case within one hundred fifty (150) days of

the entry of the Order. [Doc. 459].[1] On March 22, 2019, the Court approved the appointment of Daniel J. Balhoff to serve as a mediator in the present case. [Doc. 466]. After the parties filed a joint motion for an extension of time for mediation [Doc. 472], the Court extended the deadline for mediation until August 16, 2019. [Doc. 474]. Subsequently, on August 16, 2019, the Court noted that the mediator had not filed a report with the Court stating the outcome of the mediation, and extended the deadline for mediation an additional sixty days. [Doc. 479]. Subsequently, the Court extended the mediation until March 31, 2020. [Doc. 488].

On April 13, 2020 the mediator filed a Mediation Report [Doc. 502]. The mediator states that the mediation has been terminated without settlement. Therefore, the Court hereby **RELIEVES** the mediator, Daniel J. Balhoff, of his appointment as mediator in this case, and the Court does hereby express its gratitude for his efforts in this matter.

**IT IS SO ORDERED.**

ENTER:

*/s/ Bruce Guyton*
United States Magistrate Judge

---

[1] Unless otherwise indicated, citations to the record refer to the docket entries in *Adkisson*, 3:13-CV-505.