| | | |
|---|---|---|
| GREG ADKISSON, et al., <br> Plaintiffs, <br> v. <br> JACOBS ENGINEERING GROUP, INC., <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) | No.: 3:13-CV-505-TAV-HBG |
| | ) | *Lead case consolidated with* |
| KEVIN THOMPSON, et al., <br> Plaintiffs, <br> v. <br> JACOBS ENGINEERING GROUP, INC., <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) | No.: 3:13-CV-666-TAV-HBG |
| | ) | *as consolidated with* |
| JOE CUNNINGHAM, et al., <br> Plaintiffs, <br> v. <br> JACOBS ENGINEERING GROUP, INC., <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) | No.: 3:14-CV-20-TAV-HBG |
| BILL ROSE, <br> Plaintiff, <br> v. <br> JACOBS ENGINEERING GROUP, INC., <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) | No.: 3:15-CV-17-TAV-HBG |
| CRAIG WILKINSON, et al., <br> Plaintiffs, <br> v. <br> JACOBS ENGINEERING GROUP, INC., <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) | No.: 3:15-CV-274-TAV-HBG |
| ANGIE SHELTON, as wife and next of kin on behalf of Mike Shelton, et al., <br> Plaintiffs, <br> v. <br> JACOBS ENGINEERING GROUP, INC., <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) | No.: 3:15-CV-420-TAV-HBG |
| JOHNNY CHURCH, <br> Plaintiff, <br> v. <br> JACOBS ENGINEERING GROUP, INC., <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) | No.: 3:15-CV-460-TAV-HBG |

| DONALD R. VANGUILDER, JR., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No.: 3:15-CV-462-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | |
| Defendant. | ) | |
| | ) | |
| JUDY IVENS, as sister and next of kin, | ) | |
| on behalf of JEAN NANCE, deceased, | ) | |
| Plaintiff, | ) | |
| v. | ) | No.: 3:16-CV-635-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | |
| Defendant. | ) | |
| | ) | |
| PAUL RANDY FARROW, | ) | |
| Plaintiff, | ) | |
| v. | ) | No.: 3:16-CV-636-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | |
| Defendant. | ) | |

## **ORDER**

This civil action is before the Court on periodic review. On January 18, 2019, the Court found that this litigation could benefit from mediation and ordered the parties to mediate within 150 days of the order [Doc. 459]. On March 22, 2019, the Court approved the appointment of Daniel J. Balhoff to serve as mediator [Doc. 466]. The parties then filed a joint motion to extend the time to mediate [Doc. 472]. The Court granted the motion, extending the deadline for mediation to August 16, 2019 [Doc. 474]. On August 16, 2019, the Court noted that the mediator had failed to file a report with the Court stating the outcome of the mediation and extended that mediation an additional sixty (60) days [Doc. 479]. After communicating with the parties and the mediator, the Court again extended the deadline for mediation to March 31, 2020 [Doc. 488]. Mr. Balhoff filed a mediator's

2

report to the court on April 13, 2020, indicating that mediation was terminated without settlement [Doc. 502].  This case has been stayed since January 2019 without settlement.

Upon review of the record in this case, the Court finds that the stay currently in effect is no longer required.  Accordingly, the Clerk of Court is **DIRECTED** to **LIFT** the stay in this matter.

IT IS SO ORDERED.

                                                   s/ Thomas A. Varlan
                                                   UNITED STATES DISTRICT JUDGE