UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| GREG ADKISSON, et al.,<br>    Plaintiffs,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>    Defendant. | No.: | 3:13-CV-505-TAV-HBG |
| | *Lead case consolidated with* | |
| KEVIN THOMPSON, et al.,<br>    Plaintiffs,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>    Defendant. | No.: | 3:13-CV-666-TAV-HBG |
| | *as consolidated with* | |
| JOE CUNNINGHAM, et al.,<br>    Plaintiffs,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>    Defendant. | No.: | 3:14-CV-20-TAV-HBG |
| BILL ROSE,<br>    Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>    Defendant. | No.: | 3:15-CV-17-TAV-HBG |
| CRAIG WILKINSON, et al.,<br>    Plaintiffs,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>    Defendant. | No.: | 3:15-CV-274-TAV-HBG |
| ANGIE SHELTON, as wife and next of kin on behalf of Mike Shelton, et al.,<br>    Plaintiffs,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>    Defendant. | No.: | 3:15-CV-420-TAV-HBG |
| JOHNNY CHURCH,<br>    Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>    Defendant. | No.: | 3:15-CV-460-TAV-HBG |

| | | | |
|---|---|---|---|
| DONALD R. VANGUILDER, JR., | ) | | |
| Plaintiff, | ) | | |
| v. | ) | No.: | 3:15-CV-462-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | | |
| Defendant. | ) | | |
| | ) | | |
| JUDY IVENS, as sister and next of kin, | ) | | |
| on behalf of JEAN NANCE, deceased, | ) | | |
| Plaintiff, | ) | | |
| v. | ) | No.: | 3:16-CV-635-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | | |
| Defendant. | ) | | |
| | ) | | |
| PAUL RANDY FARROW, | ) | | |
| Plaintiff, | ) | | |
| v. | ) | No.: | 3:16-CV-636-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | | |
| Defendant. | ) | | |

## **ORDER**

Before the Court is the parties' Joint Status Report Regarding Discovery Relating to Individual Plaintiffs [Doc. 522]. Having reviewed this report and considered the parties' arguments set forth therein, the Court hereby **ORDERS** the parties to complete all fact discovery in each of these cases by **November 13, 2020**. This deadline will not be extended absent extraordinary circumstances. In light of this firm deadline, the Court will amend its standard procedure for the resolution of discovery disputes: If a discovery dispute arises, the parties are **DIRECTED** to confer with United States Magistrate Judge H. Bruce Guyton.[1]

---

[1.] The parties are advised that delays occasioned by discovery disputes would not constitute an extraordinary circumstance for purposes of this Order, nor would the press of other business or work-related demands alone.

The Court will set a deadline for expert discovery in a future order.

IT IS SO ORDERED.

                                                    s/ Thomas A. Varlan
                                                  UNITED STATES DISTRICT JUDGE