## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## <u>AT KNOXVILLE</u>

| | | |
|---|---|---|
| GREG ADKISSON, et al., | ) | |
|     Plaintiffs, | ) | |
| v. | ) | No. 3:13-CV-00505-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | |
|     Defendant. | ) | *Lead case consolidated with* |
| _____ | ) | |
| KEVIN THOMPSON, et al., | ) | |
|     Plaintiffs, | ) | |
| v. | ) | No. 3:13-CV-00666-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | |
|     Defendant. | ) | |
| _____ | ) | |
| JOE CUNNINGHAM, et al., | ) | *as consolidated with* |
|     Plaintiffs, | ) | |
| v. | ) | No. 3:14-CV-00020-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | |
|     Defendant. | ) | |
| _____ | ) | _____ |
| BILL ROSE, | ) | |
|     Plaintiff, | ) | |
| v. | ) | No. 3:15-CV-00017-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | |
|     Defendant. | ) | |
| _____ | ) | |
| CRAIG WILKINSON, et al., | ) | |
|     Plaintiffs, | ) | |
| v. | ) | No.: 3:15-CV-00274-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | |
|     Defendant. | ) | |
| _____ | ) | |
| ANGIE SHELTON, as wife and next of kin | ) | |
| on behalf of Mike Shelton, et al., | ) | |
|     Plaintiffs, | ) | |
| v. | ) | No.: 3:15-CV-00420-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | |
|     Defendant. | ) | |
| _____ | ) | |
| JOHNNY CHURCH, | ) | |
|     Plaintiff, | ) | |
| v. | ) | No.: 3:15-CV-00460-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | |
|     Defendant. | ) | |

| | |
|---|---|
| DONALD R. VANGUILDER, JR.,        )<br>    Plaintiff,        )<br>v.        )<br>JACOBS ENGINEERING GROUP, INC.,        )<br>    Defendant.        )<br>_____ ) | No. 3:15-CV-00462-TAV-HBG |
| JUDY IVENS, as sister and next of kin,        )<br>on behalf of JEAN NANCE, deceased,        )<br>    Plaintiff,        )<br>v.        )<br>JACOBS ENGINEERING GROUP, INC.,        )<br>    Defendant.        )<br>_____ ) | No. 3:16-CV-00635-TAV-HBG |
| PAUL RANDY FARROW,        )<br>    Plaintiff,        )<br>v.        )<br>JACOBS ENGINEERING GROUP, INC.,        )<br>    Defendant.        )<br>_____ ) | No. 3:16-CV-00636-TAV-HBG |

**JOINT MOTION FOR THE COURT TO SET ADDITIONAL DEADLINES IN PREPARATION FOR PHASE II TRIALS**

COMES NOW Plaintiffs in the above-captioned consolidated matter and Defendant Jacobs Engineering Group Inc., by and through their undersigned counsel, and submits this joint motion for the Court to set an agreed upon schedule for (1) disclosures of plaintiff-specific experts and (2) medical examination of Plaintiffs.

The purpose of these proposed deadlines is to ensure that this matter is prepared for trial expeditiously and efficiently. To that end, the parties propose that once a particular Plaintiff's claims are set for trial, any medical examination of that Plaintiff and disclosure of plaintiff-specific experts (i.e., experts offering opinions that relate exclusively to a specific Plaintiff) would occur within a specified number of days. Conducting these plaintiff-specific activities following the setting of that Plaintiff's claims for trial will allow the parties to focus their resources on preparing for the initial trial(s) as quickly and efficiently as possible.

1. On May 12, 2020, the Court entered an Order establishing November 13, 2020 as the deadline for the Parties to complete fact discovery. (Doc. 527.)

2. On June 10, 2020, the Court entered an Order establishing that, in accordance with Rule 26(a)(2), December 7, 2020 would be the deadline for Plaintiffs' disclosure of expert testimony, and January 6, 2021 would be the deadline for Defendant's disclosure of expert testimony. (Doc. 550.)

3. Given those deadlines, the Parties jointly request the Court set the following schedule:

   a. By **December 7, 2020** and consistent with the Court's previously set deadline, Plaintiffs shall disclose their *generic* expert(s)—i.e., any experts that will offer opinions that are not specific to individual Plaintiffs.

   b. By **January 6, 2021** and consistent with the Court's previously set deadline, Jacobs shall disclose its *generic* expert(s).

   c. Within **30 days** of the Court setting a particular Plaintiff for trial, Plaintiffs shall disclose their *plaintiff-specific* expert(s)—i.e., any experts that Plaintiffs intend to call in support of the claims of a specific Plaintiff or Plaintiffs selected for trial, including for example experts offering opinions about the actual cause of a specific injury to a specific Plaintiff or a specific Plaintiff's damages.

   d. Within **60 days** of the Court setting a particular Plaintiff for trial, Jacobs shall disclose its plaintiff-specific expert(s) and have completed any medical examinations of the trial Plaintiffs.

e. Consistent with the Court's previously set deadline, if any evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party with respect to *generic* or *plaintiff-specific* experts, such disclosure shall be made within **30 days** after the disclosure made by the other party

4. The Parties agree that issuing these deadlines will facilitate an orderly and timely setting of the first case(s) for trial.

Respectfully submitted,

**PAINE, TARWATER, BICKERS, LLP**


By: */s/ Dwight E. Tarwater*
Dwight E. Tarwater (BPR #007244)
det@painetarwater.com
Catherine W. Anglin (BPR #028120)
cwa@painetarwater.com
900 S. Gay Street, Suite 2200
Knoxville, Tennessee 37902-1821
Telephone: (865) 525-0880
Facsimile: (865) 521-7441

**NEAL & HARWELL, PLC**
James F. Sanders (No. 005267)
jsanders@nealharwell.com
J. Isaac Sanders (No. 029372)
isanders@nealharwell.com
Marie T. Scott (No. 032771)
mscott@nealharwell.com
1201 Demonbreun Street
Suite 1000
Nashville, Tennessee  37203
Telephone:  (615) 244-1713
Facsimile:  (615) 726-0573

**GIBSON, DUNN & CRUTCHER LLP**
Theodore J. Boutrous (*pro hac vice*)
tboutrous@gibsondunn.com
Theane Evangelis (*pro hac vice*)
tevangelis@gibsondunn.com
Peter S. Modlin (*pro hac vice)*
Diana M. Feinstein (*pro hac vice*)
dfeinstein@gibsondunn.com
Jeremy S. Smith (*pro hac vice*)
jssmith@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

*Attorneys for Defendant*
*Jacobs Engineering Group Inc.*


**GREG COLEMAN LAW, P.C.**

By:*/s/ Louis W. Ringger, III* _____
Gregory F. Coleman, TN Bar No. 14092
Louis W. Ringger, III, TN Bar No. 33674
Adam A. Edwards, TN Bar No. 23253
Mark E. Silvey, TN Bar No. 13415
Justin G. Day, TN Bar No. 33267
800 S. Gay Street, Suite 1100
Knoxville, TV 37902
T: (865) 247-0080
F: (865) 522-0049
Email: billy@gregcolemanlaw.com
greg@gregcolemanlaw.com
adam@gregcolemanlaw.com
justin@gregcolemanlaw.com

**DAVIS & WHITLOCK, P.C.**
Gary A. Davis, TN Bar No. 009766
James S. Whitlock NC Bar No. 34303
(admission *Pro Hac Vice*)
21 Battery Park Ave, Suite 206
Asheville, NC 28801
T: (828) 622-0044
F: (828) 398-0435
gadavis@enviroattorney.com
jwhitlock@enviroattorney.com

**MARKET STREET LAW, PLLC**
James K. Scott, BPR #16893
Keith D. Stewart, BPR #17574
John Tyler Roper, BPR #21927
625 Market Street, 14th Floor
Knoxville, TV 37902
T: (865) 888-9995
F: (866) 245-0989
jimscott264@gmail.com
keithdstewart@gmail.com
tylerroperlaw@gmail.com

**BRIDGEFRONT LAW GROUP PLLC**
John B. Dupree
616 W. Hill Ave, 2nd Floor
Knoxville, TV 37902
T: (865) 223-5184
john.dupree@knoxtnlaw.com

**FRIEDMAN, DAZZIO, ZULANAS & BOWLING, PC**
Jeffrey E. Friedman, Ala. Bar No. asb-6868-n77j
(admission *Pro Hac Vice*)
3800 Corporate Woods Drive
Birmingham, AL 35242
T: (205) 278-7000
F: (205) 278-7001
jfriedman@friedman-lawyers.com

*Attorneys for Plaintiffs*