UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| GREG ADKISSON, et al., <br>     Plaintiffs, <br> v. <br> JACOBS ENGINEERING GROUP, INC., <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) | No.: 3:13-CV-505-TAV-HBG <br><br> *Lead Case Consolidated with* |
| KEVIN THOMPSON, et al., <br>     Plaintiffs, <br> v. <br> JACOBS ENGINEERING GROUP, INC., <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) | No.: 3:13-CV-666-TAV-HBG <br><br> as c*onsolidated with* |
| JOE CUNNINGHAM, et al., <br>     Plaintiffs, <br> v. <br> JACOBS ENGINEERING GROUP, INC., <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) | No.: 3:14-CV-20-TAV-HBG |
| BILL ROSE, <br>     Plaintiff, <br> v. <br> JACOBS ENGINEERING GROUP, INC., <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) | No.: 3:15-CV-17-TAV-HBG |
| CRAIG WILKINSON, et al., <br>     Plaintiffs, <br> v. <br> JACOBS ENGINEERING GROUP, INC., <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) | No.: 3:15-CV-274-TAV-HBG |
| ANGIE SHELTON, as wife and next of <br> kin on behalf of Mike Shelton, et al., <br>     Plaintiffs, <br> v. <br> JACOBS ENGINEERING GROUP, INC., <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No.: 3:15-CV-420-TAV-HBG |

| | |
|---|---|
| JOHNNY CHURCH,<br>    Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>    Defendant. | No.: 3:15-CV-460-TAV-HBG |
| DONALD R. VANGUILDER, JR.,<br>    Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>    Defendant. | No.: 3:15-CV-462-TAV-HBG |
| JUDY IVENS, as sister and next of kin,<br>on behalf of JEAN NANCE, deceased,<br>    Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>    Defendant. | No.: 3:16-CV-635-TAV-HBG |
| PAUL RANDY FARROW,<br>    Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>    Defendant. | No.: 3:16-CV-636-TAV-HBG |

## **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiffs' Motion to Withdraw the Subpoena of Al Rios [Doc. 635], filed on October 16, 2020. Plaintiffs move to withdraw the subpoena issued on October 12, 2020 [Doc. 618] pursuant to Federal Rule of Civil Procedure 45 to secure the deposition testimony of Al Rios. The proposed deponent, Mr. Rios, subsequently wrote the Court, detailing how the subpoena would impose an undue burden. [Doc. 626].

Accordingly, Plaintiffs' Motion to Withdraw the Subpoena [Doc. 635] is **GRANTED**, and

2

Case 3:13-cv-00505-TAV-HBG   Document 639   Filed 10/19/20   Page 2 of 3   PageID #: 19146

| | |
|---|---|
| JOHNNY CHURCH,<br>    Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>    Defendant. | No.: 3:15-CV-460-TAV-HBG |
| DONALD R. VANGUILDER, JR.,<br>    Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>    Defendant. | No.: 3:15-CV-462-TAV-HBG |
| JUDY IVENS, as sister and next of kin,<br>on behalf of JEAN NANCE, deceased,<br>    Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>    Defendant. | No.: 3:16-CV-635-TAV-HBG |
| PAUL RANDY FARROW,<br>    Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>    Defendant. | No.: 3:16-CV-636-TAV-HBG |

## **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiffs' Motion to Withdraw the Subpoena of Al Rios [Doc. 635], filed on October 16, 2020. Plaintiffs move to withdraw the subpoena issued on October 12, 2020 [Doc. 618] pursuant to Federal Rule of Civil Procedure 45 to secure the deposition testimony of Al Rios. The proposed deponent, Mr. Rios, subsequently wrote the Court, detailing how the subpoena would impose an undue burden. [Doc. 626].

Accordingly, Plaintiffs' Motion to Withdraw the Subpoena [Doc. 635] is **GRANTED**, and

2

Case 3:13-cv-00505-TAV-HBG   Document 639   Filed 10/19/20   Page 2 of 3   PageID #: 19146

the Subpoena of Mr. Rios [Doc. 618] is **WITHDRAWN**.  The Clerk of Court is also **DIRECTED** to mail this Order to the address listed by Mr. Rios in his letter to the Court.

**IT IS SO ORDERED**.

ENTER:

*Bruce Guyton* (signature)
United States Magistrate Judge