UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| GREG ADKISSON, et al., Plaintiffs, v. JACOBS ENGINEERING GROUP, INC., Defendant. | ) ) ) ) ) ) ) | No.: 3:13-CV-505-TAV-HBG *Lead Case Consolidated with* |
| KEVIN THOMPSON, et al., Plaintiffs, v. JACOBS ENGINEERING GROUP, INC., Defendant. | ) ) ) ) ) ) ) | No.: 3:13-CV-666-TAV-HBG as c*onsolidated with* |
| JOE CUNNINGHAM, et al., Plaintiffs, v. JACOBS ENGINEERING GROUP, INC., Defendant. | ) ) ) ) ) ) | No.: 3:14-CV-20-TAV-HBG |
| BILL ROSE, Plaintiff, v. JACOBS ENGINEERING GROUP, INC., Defendant. | ) ) ) ) ) ) ) | No.: 3:15-CV-17-TAV-HBG |
| CRAIG WILKINSON, et al., Plaintiffs, v. JACOBS ENGINEERING GROUP, INC., Defendant. | ) ) ) ) ) ) ) | No.: 3:15-CV-274-TAV-HBG |
| ANGIE SHELTON, as wife and next of kin on behalf of Mike Shelton, et al., Plaintiffs, v. JACOBS ENGINEERING GROUP, INC., Defendant. | ) ) ) ) ) ) ) ) | No.: 3:15-CV-420-TAV-HBG |

| | |
|---|---|
| JOHNNY CHURCH, )<br>    Plaintiff, )<br>v. )<br>JACOBS ENGINEERING GROUP, INC., )<br>    Defendant. )<br>_____ ) | No.: 3:15-CV-460-TAV-HBG |
| DONALD R. VANGUILDER, JR., )<br>    Plaintiff, )<br>v. )<br>JACOBS ENGINEERING GROUP, INC., )<br>    Defendant. )<br>_____ ) | No.: 3:15-CV-462-TAV-HBG |
| JUDY IVENS, as sister and next of kin, )<br>on behalf of JEAN NANCE, deceased, )<br>    Plaintiff, )<br>v. )<br>JACOBS ENGINEERING GROUP, INC., )<br>    Defendant. )<br>_____ ) | No.: 3:16-CV-635-TAV-HBG |
| PAUL RANDY FARROW, )<br>    Plaintiff, )<br>v. )<br>JACOBS ENGINEERING GROUP, INC., )<br>    Defendant. )<br>_____ ) | No.: 3:16-CV-636-TAV-HBG |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is the Motion to Quash [Doc. 645], filed by non-party Tom D. Kilgore ("Kilgore") on October 21, 2020. Kilgore seeks to quash the deposition subpoena issued to and served on him by Plaintiff's counsel, stating that subjecting him to a deposition on irrelevant issues relating to Phase II upon which he has limited knowledge would be unduly burdensome. Additionally, Kilgore includes an affidavit wherein he states that he recently suffered a stroke on January 29, 2019, which has impacted his memory. [Doc. 646].

2

Plaintiffs subsequently filed a Motion to Withdraw Subpoena of Tom D. Kilgore [Doc. 678], as well as a Notice [Doc. 679] that they do not oppose the Motion to Quash [Doc. 645]. Accordingly, Plaintiffs' Motion to Withdraw the Subpoena [**Doc. 678**] is **GRANTED**, and the Subpoena of Tom D. Kilgore is **WITHDRAWN**.[1] Therefore, Kilgore's Motion to Quash [**Doc. 645**] is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

ENTER:

*/s/ Bruce Guyton*
United States Magistrate Judge

---

[1] The Court notes that the executed subpoena of Kilgore was not filed by Plaintiffs before the Court. *See* [Doc. 647-1].