UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| GREG ADKISSON, et al.,<br>　　　Plaintiffs,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>　　　Defendant. | No.: 3:13-CV-505-TAV-HBG<br><br>*Lead Case Consolidated with* |
| KEVIN THOMPSON, et al.,<br>　　　Plaintiffs,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>　　　Defendant. | No.: 3:13-CV-666-TAV-HBG<br><br>as c*onsolidated with* |
| JOE CUNNINGHAM, et al.,<br>　　　Plaintiffs,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>　　　Defendant. | No.: 3:14-CV-20-TAV-HBG |
| BILL ROSE,<br>　　　Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>　　　Defendant. | No.: 3:15-CV-17-TAV-HBG |
| CRAIG WILKINSON, et al.,<br>　　　Plaintiffs,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>　　　Defendant. | No.: 3:15-CV-274-TAV-HBG |
| ANGIE SHELTON, as wife and next of kin on behalf of Mike Shelton, et al.,<br>　　　Plaintiffs,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>　　　Defendant. | No.: 3:15-CV-420-TAV-HBG |

| | |
|---|---|
| JOHNNY CHURCH,<br>　　　　Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>　　　　Defendant. | No.: 3:15-CV-460-TAV-HBG |
| DONALD R. VANGUILDER, JR.,<br>　　　　Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>　　　　Defendant. | No.: 3:15-CV-462-TAV-HBG |
| JUDY IVENS, as sister and next of kin,<br>on behalf of JEAN NANCE, deceased,<br>　　　　Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>　　　　Defendant. | No.: 3:16-CV-635-TAV-HBG |
| PAUL RANDY FARROW,<br>　　　　Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>　　　　Defendant. | No.: 3:16-CV-636-TAV-HBG |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Defendant's Motion to Bar Late Expert Reports and Request for Expedited Briefing [Doc. 715], filed on December 10, 2020. Specifically, Defendant asserts that Plaintiffs have indicated that they intend to serve an additional eight expert reports, despite the applicable deadline for disclosure being December 7, 2020. *See* [Doc. 550]. Defendant asserts that Plaintiffs have improperly labeled the upcoming additional expert reports on the damages claimed by Plaintiffs William Rose, Clint Mannis, Dan Cody, Harvey Bass, Jimmy Kilby, Kevin Thompson,

2

Case 3:13-cv-00505-TAV-HBG   Document 718   Filed 12/11/20   Page 2 of 3   PageID #: 21536

Mike McCarthy, and Roy Enoch Edmonds as supplemental expert reports. In light of the expired deadline, as well as other approaching deadlines, the Court **ORDERS** Plaintiffs to file their response to the Motion on or before **December 15, 2020**. Any reply brief shall be filed on or before **December 17, 2020**.

    **IT IS SO ORDERED**.

ENTER:

*/s/ Bruce Guyton*
United States Magistrate Judge