UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| GREG ADKISSON, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.: 3:13-CV-505-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | |
| Defendant. | ) | |
| _____ | ) | *Lead case consolidated with* |
| KEVIN THOMPSON, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.: 3:13-CV-666-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | |
| Defendant. | ) | |
| _____ | ) | *as consolidated with* |
| JOE CUNNINGHAM, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.: 3:14-CV-20-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | |
| Defendant. | ) | |
| _____ | ) | |
| BILL ROSE, | ) | |
| Plaintiff, | ) | |
| v. | ) | No.: 3:15-CV-17-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | |
| Defendant. | ) | |
| _____ | ) | |
| CRAIG WILKINSON, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.: 3:15-CV-274-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | |
| Defendant. | ) | |
| _____ | ) | |
| ANGIE SHELTON, as wife and next of kin | ) | |
| on behalf of Mike Shelton, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.: 3:15-CV-420-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | |
| Defendant. | ) | |
| _____ | ) | |

| | |
|---|---|
| JOHNNY CHURCH,<br> Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br> Defendant. | No.: 3:15-CV-460-TAV-HBG |
| DONALD R. VANGUILDER, JR.,<br> Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br> Defendant. | No.: 3:15-CV-462-TAV-HBG |
| JUDY IVENS, as sister and next of kin,<br>on behalf of JEAN NANCE, deceased,<br> Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br> Defendant. | No.: 3:16-CV-635-TAV-HBG |
| ROBERT MUSE, et al.,<br> Plaintiffs,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br> Defendant. | No.: 3:17-CV-282-TAV-HBG |
| HARRY HEMINGWAY, et al.,<br> Plaintiffs,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br> Defendant. | No.: 3:17-CV-547-TAV-HBG |
| VERNON D. ALLEN, et al.,<br> Plaintiffs,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br> Defendant. | No.: 3:18-CV-153-TAV-HBG |
| JAMES ANDERSON, et al.,<br> Plaintiffs,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br> Defendant. | No.: 3:19-CV-219-TAV-HBG |

# ORDER

On September 29, 2021, the Court entered an order in these cases certifying various questions regarding the applicability of the Tennessee Silica Priorities Act to this case to the Tennessee Supreme Court [Doc. 795].[1]  Despite the Court's intention that the Order was to be sent to the Tennessee Supreme Court, it has been brought to the Court's attention that the Order was never sent to the Tennessee Supreme Court.  Accordingly, the Clerk is hereby **ORDERED** to forward a copy of the Court's Order, certifying issues to the Tennessee Supreme Court [Doc. 795] to the Tennessee Supreme Court, with all due haste, for filing and further proceedings as may be appropriate.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

---

[1] Unless otherwise specified, all citations refer to the docket in *Adkisson v. Jacobs*, 3:13-cv-505.