# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | | |
|---|---|---|
| **GREG ADKISSON, ET AL.,** )<br>    **Plaintiffs,** )<br>**v.** )<br>**JACOBS ENGINEERING GROUP, INC.,** )<br>    **Defendant.** ) | | No. 3:13-CV-505-TAV-HBG<br><br>*Lead case consolidated with* |
| **KEVIN THOMPSON, ET AL.,** )<br>    **Plaintiffs,** )<br>**v.** )<br>**JACOBS ENGINEERING GROUP, INC.,** )<br>    **Defendant.** ) | | No. 3:13-CV-666-TAV-HBG<br><br>*as consolidated with* |
| **JOE CUNNINGHAM, ET AL.,** )<br>    **Plaintiffs,** )<br>**v.** )<br>**JACOBS ENGINEERING GROUP, INC.,** )<br>    **Defendant.** ) | | No. 3:14-CV-20-TAV-HBG |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE FOR PLAINTIFF ELAINE CODY

Come now Plaintiff Elaine Cody and Defendant, Jacobs Engineering Group, Inc., by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of the action brought by Elaine Cody against Jacobs Engineering Group, Inc., with each party to bear its own attorney's fees and costs.

Respectfully submitted this 6th day of June, 2023.

                                             **MILBERG COLEMAN BRYSON PHLLIPS GROSSMAN PLLC**

                                             By:*/s/ Louis W. Ringger III*
                                             Gregory F. Coleman, TN Bar No. 14092
                                             gcoleman@milberg.com
                                             Louis W. Ringger, III, TN Bar No. 33674
                                             bringger@milberg.com
                                             Adam A. Edwards, TN Bar No. 23253

aedwards@milberg.com
Mark E. Silvey, TN Bar No. 13415
msilvey@milberg.com
William A. Ladnier, TN Bar No. 34316
wladnier@milberg.com
800 S. Gay Street, Suite 1100
Knoxville, TN 37902
T: (865) 247-0080
F: (865) 522-0049

*Attorneys for Plaintiff*

**PAINE, TARWATER, BICKERS, LLP**

By:*/s/Catherine W. Anglin*_____
Dwight E. Tarwater (BPR #007244)
det@painetarwater.com
Catherine W. Anglin (BPR #028120)
cwa@painetarwater.com
900 S. Gay Street, Suite 2200
Knoxville, Tennessee 37902-1821
Telephone: (865) 525-0880
Facsimile: (865) 521-7441

*Attorneys for Defendant*
*Jacobs Engineering Group Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 6th, 2023 a copy of the foregoing was filed electronically. Notice of filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's electronic filing system.

*s/Louis W. Ringger, III*
Attorney for Plaintiffs